# Exhibit A

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-04290-S4**
**6/15/2021 12:48 PM**
**TIANA P. GARNER, CLERK**

# AFFIDAVIT OF SERVICE

**State of Georgia**  **County of Gwinnett**  **State Court**

Case Number: 21-C-04290-S4

Plaintiff:
**Anyelina Tavarez Jimenez**

vs.

Defendant:
**Dollar Tree Stores, Inc.**

For:
Noah Rosner
Rosner Law Group
Northridge 400, Building 2
8325 Dunwoody Place
Atlanta, GA 30350

Received by Ancillary Legal Corporation on the 11th day of June, 2021 at 10:26 am to be served on **Dollar Tree Stores, Inc c/o Corporation Service Company, Registered Agent, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

I, Christopher Todd Horton, being duly sworn, depose and say that on the **11th day of June, 2021** at **1:00 pm, I:**

served **Dollar Tree Stores, Inc c/o Corporation Service Company, Registered Agent** by delivering a true copy of the **Summons, Complaint for Damages, Plaintiff's First Interrogatories, Request for Admissions and Request for Production of Documents to Defendant.** to: Corporation Service Company as **Registered Agent, BY LEAVING THE SAME WITH** Diane Beams as **Authorized to Accept** at the address of: **2 Sun Court, Suite 400, Peachtree Corners, GA 30092**.

**Additional Information pertaining to this Service:**
6/11/2021  1:00 pm  Perfected corporate service at 2 Sun Court Suite 400, Peachtree Corners, GA 30092, by serving Diane Beams, Firm Administrator.

White female,
blonde hair,
55-60 years old,
~5'6, ~200 lbs, and
wears glasses

Copy from re:SearchGA

## AFFIDAVIT OF SERVICE For 21-C-04290-S4

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true. I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.

Subscribed and Sworn to before me on the 14th day of June, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

[Notary Seal: ISHANI MADHAV, My Commission Expires June 3, 2025, NOTARY PUBLIC, FULTON COUNTY, GEORGIA]

**Christopher Todd Horton**
Process Server

**Ancillary Legal Corporation**
2900 Chamblee Tucker Road
Building 13
Atlanta, GA 30341
(404) 459-8006

Our Job Serial Number: ANC-2021006606
Ref: 21-C-04290-S4

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t

Copy from re:SearchGA

E-FILED IN OFFICE - NN
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-04290-S4**
6/10/2021 9:23 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**ANYELINA TAVAREZ JIMENEZ**

CIVIL ACTION NUMBER: 21-C-04290-S4

PLAINTIFF

VS.

**DOLLAR TREE STORES, INC.**

DEFENDANT

## SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

NOAH S. ROSNER
Northridge 400 Building 2
8325 Dunwoody Place
Atlanta, GA 30350

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This **10th** day of **June**, 20**21**.

Tiana P. Garner
Clerk of State Court

By _/s/ Nichole Norton_
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**21-C-04290-S4**
6/10/2021 1:49 PM
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

| | |
|---|---|
| ANYELINA TAVAREZ JIMENEZ, ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> DOLLAR TREE STORES, INC., ) <br> Defendant. ) | CIVIL ACTION FILE NO.: <br> 21-C-04290-S4 |

## **COMPLAINT FOR DAMAGES**

**COMES NOW**, Plaintiff above named, who, shows Honorable Court the following, to-wit:

1.

Named Defendant herein is DOLLAR TREE STORES, INC. (hereinafter "Defendant Dollar"), a foreign for-profit corporation doing business in the State of Georgia. Jurisdiction and venue are proper in this Honorable Court as to Defendant. Service may be perfected by serving its agent for service of process, Corporation Service Company, at the address of 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092.

2.

On or about August 3, 2020, Plaintiff was an invitee and/or licensee on premises owned, occupied or leased by Defendant Dollar located at 4624 Jimmy Carter Boulevard, Norcross, Georgia 30093. These premises shall hereafter be called "Defendant's premises."

3.

That on or about August 3, 2020, while exercising due care for her own safety, and being unaware of the dangerous conditions negligently created by Defendant, and/or allowed to exist by Defendant, Plaintiff slipped and fell due to an accumulation of water on the floor. The water

accumulated due to a steady drip from the ceiling.

4.

Plaintiff had no notice or knowledge of the dangerous condition on Defendant's premises.

5.

At all times relevant herein, Plaintiff was the lawful invitee and/or licensee of the Defendant.

6.

At the time and place of this incident complained of, Defendant Dollar owed the Plaintiff a duty to maintain its premises in a reasonably safe condition, to correct dangerous conditions of which said Defendant Dollar either knew or should have known, by the use of reasonable care, and to warn Plaintiff of any dangerous conditions concerning which Defendant Dollar had or should have had greater knowledge than Plaintiff.

7.

At all times material hereto, Defendant Dollar had a duty of care to keep the premises above-mentioned in a reasonably safe condition, such that invitees might use them in an ordinary and reasonable way without danger. Defendant Dollar breached its duty in the following ways, any one of which was a departure from the accepted standard of care owed by Defendant to Plaintiff;

    (a) In failing to keep the area free of defects or hazards, such as the negligently dripping water that accumulated on the floor;

    (b) In failing to warn Plaintiff as to the existence of the above-mentioned conditions;

    (c) In refusing to remove and/or repair the dangerous condition despite knowledge of the same;

(d) In failing to take steps to correct the above conditions through proper procedures regarding the dripping water; and

(e) In failing to take steps to prevent the above-described conditions from occurring through a properly executed inspection procedure and/or warning signs.

Defendant is liable to Plaintiff for the above-mentioned acts of negligence.

8.

Subsequent to her injury, Plaintiff requested that store personnel and/or management contact emergency health personnel to be taken to the nearest hospital. However, the manager of the Defendant's premises repeatedly told Plaintiff to "wait", that he had to view the tape of the incident to determine if she was telling the truth about her fall. After approximately one (1) hour of waiting, the store manager came back to Plaintiff, stated he had viewed the tape, told her he was sorry, and EMS personnel were contacted, and Plaintiff was taken to Northside Hospital.

9.

As a direct and proximate result of the above-mentioned negligence and carelessness of Defendant Dollar and/or its employees, Plaintiff slipped and fell and suffered bodily injuries which caused her considerable pain and further caused her to incur medical expenses and possibly lost wages. To date, Plaintiff has incurred medical specials in the amount of $21,385.80, and will likely incur additional medical expenses in the future. Plaintiff is entitled to recover damages from Defendant Dollar for her medical expenses, pain and suffering, past, present and future.

**WHEREFORE**, Plaintiff prays as follows, to-wit:

(a) For a trial by jury in the within matter after completion of discovery; and

(b) An award of damages against Defendant Dollar for past, present and future medical expenses and pain and suffering; and

(c) For such other and further relief as this Honorable Court deems meet, fit and proper.

Respectfully submitted,

/s/ Noah S. Rosner
Noah S. Rosner
Attorney for Plaintiff
Georgia Bar No. 614970

Rosner Law Group, P.C.
Northridge 400, Bldg. 2
8325 Dunwoody Place
Atlanta, Georgia 30350
Tel (770) 408-1223
noahrosner@yahoo.com