UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE

75 TED TURNER DRIVE, SW

ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| **KEVIN P. WEIMER** | **DOCKETING SECTION** |
| **DISTRICT COURT EXECUTIVE** | **404-215-1655** |
| **AND CLERK OF COURT** | |

August 13, 2021

Clerk of Court
State Court of Gwinnett County
75 Langley Drive
Lawrenceville, GA 30046

        Re:    JIMENEZ v. DOLLAR TREE STORES, INC.
                Your Case Number: 21-C-04290-S4
                Our Case Number: 1:21-cv-02776-CAP

Dear Clerk of Court:

     Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court.   Please acknowledge receipt of this Order by returning the enclosed copy of this letter to this office.

                                    Sincerely,
                                    Kevin P. Weimer
                                    District Court Executive
                                       and Clerk of Court
                            By:   <u>s/ Traci Clements</u>
                                       Deputy Clerk

Enclosures